This document contains some pages that are of poor quality at the time of imaging.

61,745-05

IN THE COURT OF

CRIMINAL APPEALS

AUSTIN, TEXAS

MOTION DENIED
DATE: 4-13-15
BY: P.C.

EXPARTE KENNETH TOLIVER

V.

WILLIAM STEPHENS

[DIRECTOR OF TEXAS DEPARTMENT OF

CORRECTION INSTITUTIONAL DIVISION.]

NO. 2002-CR-71

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk

## MOTION TO REBUT COURTS RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, KENNETH TOLIVER, PETITIONER, PRO SE. FILED ON THIS THE 6 DAY OF April 2015 IN THE COURT OF CRIMINAL APPEALS A MOTION TO REBUT THE RECOMMENDATION OF THE 227 JUDICIAL DISTRICT COURT JUDGE KEVIN M. O'CONNELL IN THE VIOLATION OF PETITIONERS CONSTITUTIONAL RIGHTS IN PURSUANT TO HIS DUE PROCESS OF LAW. HIS 8TH AND 14TH AMENDMENT RIGHT TO THE UNITED STATES CONSTITUTION. AND ARTICLE 1 § 16 THE BILL OF RIGHTS. THE PETITIONER WILL START AS FOLLOWS:

## I.

THE PETITIONER IS NOT ARGUING THE CATEGORY OF THE CRIME BUT THE FABRICATED MAKE UP OF THE STATUTE OF THE OFFENSE. TO BLOCK THE TRUE RESPONSIBILITY OF THE TEXAS STATE LEGISLATURE TO HONOR A CONTRACT THEY ACCEPTED FROM THE FEDERAL COURT BY AND THROUGH THE Ruiz RULING PERTAINING TO GOOD TIME NOT PAROLE. PAROLE AS THE COURT JUDGE BROUGHT OUT IS A DISCRETION. WHICH IS ONLY A CONSIDERATION

1

WHICH CANNOT BE MANDATED BY LAW. A CONTRACT CAN AND IS CONTROLED BY LAW AND CANNOT BE PURPOSELY BROKEN BY NEITHER PARTY WITHOUT SUFFERING CONSEQUENCES FOR THE VIOLATION. PARTIES CANNOT ADD TO NOR SUBTRACT FROM THE CONTRACT ONCE ITS FINALIZED. THATS WHERE THE VIOLATION OF EX POST FACTO CLAUSE COME IN.

## II.

AS BROUGHT OUT IN THE MEMORANDUM TO THE HABEUS II. OT A CONTRACT IS AN AGREEMENT BETWEEN TWO OR MORE PARTIES. AND THE CONTRACT IS BINDED BY LAW. IT STATE'S UNDER THE GOOD TIME LAW THAT "EACH PRISONER CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES IN A PENAL AND OR CORRECTIONAL INSTITUTION WHO HAVE OBEYED ALL RULES SHALL BE ENTITLED TO A DEDUCTION FROM HIS SENTENCE STARTING FROM DAY YOU WAS SENTENCE." THE AGREEMENT IS PETETIONER STAY OUT OF TROUBLE AND GO TO WORK HE'LL RECEIVE EARNED CREDITS FOR SENTENCE REDUCTION NOT PAROLE POSSIBILITY. PAROLE IS GUIDED BY YOUR CUSTODY LEVEL) PLUS FLAT TIME EX: A 25 NON-AGGRAVATED CAN'T SEE PAROLE UNLESS 2 AND ONE-HALF YEAR IS DONE ON ON SENTENCE FLAT YEARS AND CUSTODY LEVEL ONE. FOR THE STATE TO PUT WORK TIME AND GOOD TIME ON TO PAROLE TIME IS TO STEAL ITS INTENDED PURPOSE TO EASE OVERCROWDNESS BY REDUCING ITS OFFENDERS SENTENCES. YET, IT FORCES THE OFFENDERS TO OBEY THEIR END OF THE CONTRACT STAY OUT OF TROUBLE AND GO TO WORK WITH FALSE HOPE OF RELEASE UPON A BOARD MEMBER CONSIDERATION WHICH MORE LIKELY NOT HAPPEN WHICH IS OPPRESSIVE.

2

## III

THE PETITIONER DISAGREE WITH THE COURT JUDGE THE HONORABLE KEVON M. O'CONNELL 1) PETITIONER'S TIME IS NOT MISCALCULATED IF THE COURT OF CRIMINAL APPEALS JUDGE WILL LOOK AT TIME IN ONE OF THE MARKED EXHIBIT(S) IT WILL SHOW THAT THE TIME IS CALCULATED BY TDCJ-ID RECORDS OFFICE AND THE RECORD SHOWS THE FULL AMOUNT OF TIME FLAT, GOOD TIME AND WORK TIME ACCUMULATED BY PETITIONER FROM 2004 UP TIL DATE 2015 WHICH IS WELL OVER 15 YEARS THOSE ARE EARNED CREDITS. WHERE THE STATE PUTS THEM IS IRRELEVANT. WHAT IS THE ORIGINAL PURPOSE OF CREDITS EARNED IS RELEVANT AND IT TO REDUCE PETITIONER SENTENCE AND THE RECORD SHOWS OVER TWENTY-FIVE YEARS WHICH PUTS PETITIONER OUT WITHOUT BEING UNDER THE MANDATE. AND ACCORDING TO THE LAWS PETITIONER CITED IN HIS MEMORANDUM SHOWS THAT THE TEXAS BOARD OF PARDONS AND PAROLES, TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIRECTOR MR. WILLIAM STEPHENS IS IN VIOLATION OF PETITIONER'S CONSTITUTIONAL RIGHTS AND THAT THE RECOMMENDATION OF THE 227TH JUDICIAL DISTRICT COURT JUDGE SHOULD BE DENIED

IN CONCLUSION THE TDCJ INSTITUTIONAL RECORDS OFFICE SHOWS THE FACTS OF THE VIOLATIONS

### PRAYER

WHEREFORE PREMISES CONSIDERED.
PETITIONER DOES PRAY THAT THE HONORABLE COURT PLEASE TAKE CAREFUL CONSIDERATION OF BOTH FACTS, TRUTH, AND THE LAW AND DO GRANT PETITIONER THE RELIEF THAT HE DULY DESERVES.

3

SIGNED ON THIS THE 6 DAY OF April 2015.

without prejudice all rights
RESERVED ucc 1-308

*Kenneth Tolner*
KENNETH TOLNER

## INMATE DECLARATION

I. KENNETH TOLNER, TDCJ NO. 01253130 RUFE JORDAN UNIT PAMPA. TX 79065 UNDER THE PENALTY OF PARJURY DO HEREBY CERTIFY THAT THE FOREGOING INSTRUMENT IS TRUE AND CORRECT. SIGNED ON THIS THE 6 DAY OF April 2015.

*Kenneth Tolner*
KENNETH TOLNER PRO SE.

## CERTIFICATE OF SERVICE

I. KENNETH TOLNER DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE PETITIONER'S MOTION TO REBUT 227 DISTRICT JUDGES RECOMMENDATION OF PETITIONER HABES 11.07. AND HAVE BEEN FORWARDED BY U.S. MAIL TO THE COURT OF CRIMINAL APPEALS CLERK 201 W. 14TH ST RM 106 P.O BOX 12308 AUSTIN. TX 78711
SIGNED ON THIS THE 6 DAY OF April 2015.

without prejudice all Rights RESERVED
ucc 1-308

*Kenneth Tolner*
KENNETH TOLNER #01253130

4